UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN JARRETT,

                Plaintiff,

-against-

AMERICAN NURSES ASSOCIATION – NEW YORK, INC., *doing business as* New York State Nurses Association, NEW YORK STATE NURSES ASSOCIATION, and PATRICIA KANE,

                Defendants.

**ORDER**

20 Civ. 8174 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for January 28, 2021 is adjourned sine die.

Dated: New York, New York
       January 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge