UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN JARRETT,                                :
                                              :
        Plaintiff,                    :    **ORDER**
                                              :
  -against-                                  :    20-CV-08174 (PGG)(KNF)
                                              :
AMERICAN NURSES ASSOCIATION–NEW               :
YORK, INC. d/b/a/ NEW YORK STATE NURSES       :
ASSOCIATION, NEW YORK STATE NURSES            :
ASSOCIATION, PATRICIA KANE                    :
                                              :
        Defendants.                   :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on February 11, 2021, at 11:30 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
          February 8, 2021

                                              _/s/ Kevin Nathaniel Fox_
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE