UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KAREN JARRETT,                                  :

            Plaintiff,                   :

    - against -                              :          ORDER

AMERICAN NURSES ASSOCIATION -   :          20-CV-8174 (PGG)(KNF)
NEW YORK, INC., et al.,
                                                                :
            Defendants.
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on February 11, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before July 19, 2021;

2. the last date on which to amend pleadings will be April 6, 2021;

3. the last date on which to join additional parties will be April 6, 2021;

4. a telephonic status conference will be held with the parties on June 15, 2021, at 2:00 p.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be filed on or before August 19, 2021, and the response and any reply to such a motion should be made in accordance with Local Civil Rule 6.1 of this court;

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before August 19, 2021. That document must conform to the

        requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge; and

7. should the parties determine that a settlement conference would be useful, they should advise the Court, through a joint writing, and propose three (3) dates on which all parties are available to participate in a settlement conference.

Dated: New York, New York  
       February 11, 2021

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE