UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN JARRETT,                                                   :

                 Plaintiff,                    :

       - against -                                           :         ORDER

AMERICAN NURSES ASSOCIATION -                 :         20-CV-8174 (PGG)(KNF)
NEW YORK, INC., et al.,
                                                       :

                 Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on June 15, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before September 20, 2021;

2. any dispositive motion shall be filed on or before October 20, 2021;

3. the response to any such motion and any reply shall made in accordance with Local Civil Rule 6.1 of this court; and

4. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before October 20, 2021. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York          SO ORDERED:
       June 15, 2021

                                                                          _Kevin Nathaniel Fox_
                                                               KEVIN NATHANIEL FOX
                                                               UNITED STATES MAGISTRATE JUDGE