```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN JARRETT,                                      :

                        Plaintiff,                  :

        - against -                                 :         ORDER

AMERICAN NURSES ASSOCIATION -                       :         20-CV-8174 (PGG)(KNF)
NEW YORK, INC., et al.,
                                                    :
                        Defendants.
------------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties submitted to the Court a document styled "Stipulation and Order of Confidentiality," Docket Entry No. 27. The document is not fully executed by counsel to the parties. Therefore, the Court cannot entertain the document. Should the parties desire their document to be entertained by the Court, they must submit a fully executed version to the Court expeditiously.

Dated:  New York, New York  
        July 6, 2021

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE