```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN JARRETT,                                  :
                    Plaintiff,                  :
         - against -                            :        ORDER
AMERICAN NURSES ASSOCIATION -                   :        20-CV-8174 (PGG)(KNF)
NEW YORK, INC., et al.,
                                                :
                    Defendants.
------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 9, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York        SO ORDERED:
       July 7, 2021

                                 _____
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE