USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KAREN JARRETT,

                            Plaintiff,

-against-

AMERICAN NURSES ASSOCIATION –
NEW YORK, INC., *doing business as* New
York State Nurses Association, NEW YORK
STATE NURSES ASSOCIATION, and
PATRICIA KANE,

                            Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**20-CV-8174 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been reassigned to me for General Pretrial and settlement purposes.  A telephonic Case Management conference in this matter is hereby scheduled for **Tuesday, September 28, 2021 at 10:00 a.m.**  Counsel is directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

      SO ORDERED.

Dated: September 9, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge